| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

**UNITED STATES OF AMERICA** §
§
§
§
*versus* § **NO. 1:17-CR-1-1-MAC**
§
§
§
**ISAAC MIRELES** §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Defendant, Isaac Mireles, filed a *pro se* Motion for Early Termination of Supervised Release (#47). Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order (#48) this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law (#49) stating that the Defendant's motion should be denied. To date, the parties have not filed objections to the report.

The court received and considered the Report of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States magistrate judge are correct. Accordingly, the Report and Recommendation of the magistrate judge is ADOPTED. The Defendant's motion (#47) is DENIED.

SIGNED at Beaumont, Texas, this 28th day of January, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE